# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA OLLOQUE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>        Defendant. | NO. CV 07-0029 FMO<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees and costs in the amount of Six-Thousand, Six-Hundred Seventeen dollars and Ninety-Four cents (**$6,617.94**) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 8th day of February, 2008.

                                                        /s/<br>
                                        Fernando M. Olguin<br>
                                  United States Magistrate Judge